402 A.2d 506

**Leonard M. and Betty R. STRUNK, Appellants,**

**v.**

**The CHESTER COUNTY GOVERNMENT, as an entity, Appellee.**

Supreme Court of Pennsylvania.

Argued May 22, 1979.

Decided June 22, 1979.

Leonard M. Strunk in pro. per., Gary R. Block, West Chester, for appellants.

John S. Halstead, West Chester, for respondent Chester County.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Order affirmed.